## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

IN RE:

        CASE NO. 3:24-bk-1462-BAJ

    JOHN W. WOOLUM
    AMY N. WOOLUM
        Debtors.

## FIRST AMENDED CHAPTER 13 PLAN

**A.    NOTICES.**

**Debtor[1] must check one box on each line to state whether or not the Plan includes each of the following items. If an item is checked as "Not Included," if both boxes are checked, or if neither box is checked, the provision will be ineffective if set out later in the Plan.**

| | | |
|---|---|---|
| A limit on the amount of a secured claim based on a valuation which may result in a partial payment or no payment at all to the secured creditor. See Sections C.5(d) and (e). A separate motion will be filed. | Included | Not Included<br><br>X |
| Avoidance of a judicial lien or nonpossessory, nonpurchase money security interest under 11 U.S.C. § 522(f). A separate motion will be filed. See Section C.5(e). | Included | Not Included<br><br>X |
| Nonstandard provisions, set out in Section E. | Included | Not Included<br><br>X |
| THIS AMENDED PLAN PROVIDES FOR PAYMENTS TO CREDITOR/LESSOR [NAME OF SECURED CREDITOR/LESSOR] TO BE INCLUDED IN PLAN PAYMENTS; THE AUTOMATIC STAY IS REINSTATED AS TO THIS CREDITOR. | Included | Not Included<br><br>X |

NOTICE TO DEBTOR: IF YOU ELECT TO MAKE DIRECT PAYMENTS TO A SECURED CREDITOR UNDER SECTION C.5(i) OF THIS PLAN, TO SURRENDER THE SECURED CREDITOR'S COLLATERAL UNDER SECTION C.5(j), TO NOT MAKE PAYMENTS TO THE SECURED CREDITOR UNDER SECTION C.5(k), OR IF PAYMENTS TO A SECURED CREDITOR ARE NOT SPECIFICALLY INCLUDED IN THE PLAN PAYMENTS, THE AUTOMATIC STAY DOES NOT APPLY, AND THE CREDITOR MAY TAKE ACTION TO FORECLOSE OR REPOSSESS THE COLLATERAL.

SECURED CREDITORS INCLUDE THE HOLDERS OF MORTGAGE LOANS, CAR LOANS, AND OTHER LOANS FOR WHICH THE SECURED CREDITOR HAS A SECURITY INTEREST IN

---

[1] All references to "Debtor" include and refer to both of the debtors in a case filed jointly by two individuals.

PERSONAL OR REAL PROPERTY COLLATERAL.

B. **MONTHLY PLAN PAYMENTS**. Plan payments include the Trustee's fee of 10% and shall begin 30 days from petition filing/conversion date. Debtor shall make payments to the Trustee for the period of 60 months. If the Trustee does not retain the full 10%, any portion not retained will be disbursed to allowed claims receiving payments under the Plan and may cause an increased distribution to the unsecured class of creditors.

**(1)**   $6,500.00 for months   1     through   60   

C. **PROPOSED DISTRIBUTIONS**.

   1. **ADMINISTRATIVE ATTORNEY'S FEES**.

   Base Fee $4,500.00   Total Paid Prepetition $4,500.00   Balance Due $0.00

   MMM Fee $0.00 Total Paid Prepetition $0.00 Balance Due $0.00

   Estimated Monitoring Fee at $ 25.00 per Month (Months 3 through 60).

   Attorney's Fees Payable through Plan $0.00 Monthly (Months 1 through 20)

   2. **DOMESTIC SUPPORT OBLIGATIONS (as defined in 11 U.S.C. §101(14A)**.

| Acct. No. | Creditor | Total Claim Amount |
|---|---|---|
|  |  |  |

   3. **PRIORITY CLAIMS (as defined in 11 U.S.C. § 507)**.

| Last Four Digits of Acct. No. | Creditor | Total Claim Amount |
|---|---|---|
|  |  |  |

   4. **TRUSTEE FEES**. From each payment received from Debtor, the Trustee shall receive a fee, the percentage of which is fixed periodically by the United States Trustee.

   5. **SECURED CLAIMS**. Pre-confirmation payments allocated to secured creditors under the Plan, other than amounts allocated to cure arrearages, shall be deemed adequate protection payments. The Trustee shall disburse adequate protection payments to secured creditors prior to confirmation, as soon as practicable, if the Plan provides for payment to the secured creditor, the secured creditor has filed a proof of claim or Debtor or Trustee has filed a proof of claim for the secured creditor under § 501(c), and no objection to the claim is pending. If Debtor's payments under the Plan are timely paid, payments to secured creditors under the

Plan shall be deemed contractually paid on time.

**(a) Claims Secured by Debtor's Principal Residence Which Debtor Intends to Retain - Mortgage, HOA and Condo Association Payments, and Arrears, if any, Paid Through the Plan Under 11 U.S.C. § 1322(b)(5).** Debtor will cure prepetition arrearages and maintain regular monthly postpetition payments on the following claims secured by Debtor's principal residence. Postpetition mortgage payments must be included in the Plan Payments. Mortgage payments are due on the first payment due date after the case is filed and continue monthly thereafter. The amount of postpetition mortgage payments may be adjusted as provided for under the loan documents. The Plan may provide for the cure of arrearages to homeowner's and condominium associations and may, but need not, include the payment of postpetition assessments in the Plan Payments. Under 11 U.S.C. § 1328(a)(1), Debtor will not receive a discharge of personal liability on these claims.

| Last Four Digits of Acct. No. | Creditor | Collateral Address | Regular Monthly Payment | Gap Payment | Arrears |
|---|---|---|---|---|---|
| 6466 | Dovenmuehle Mortgage, Inc. | 1285 NW Dakota Gln, Lake City Florida 32055 | $2,100.00 | | $5,391.45 |

**(b) Claims Secured by Other Real Property that Debtor Intends to Retain - Mortgage, HOA and Condominium Association Payments, and Arrears, if any, Paid Through the Plan Under 11 U.S.C. § 1322(b)(5).** Debtor will cure prepetition arrearages and maintain regular monthly postpetition payments on the following claims secured by real property. Postpetition mortgage payments must be included in the Plan. Payments are due on the first payment due date after the case is filed and continue monthly thereafter. The amount of postpetition mortgage payments may be adjusted as provided for under the loan documents. The Plan may provide for the cure of arrearages to homeowner's and condominium associations and may, but need not, include the payment of postpetition assessments in the Plan Payments. Under 11 U.S.C. § 1328(a)(1), Debtor will not receive a discharge of personal liability on these claims.

| Last Four Digits of Acct. No. | Creditor | Collateral Address | Regular Monthly Payment | Gap Payment | Arrears |
|---|---|---|---|---|---|
| | | | | | |

**(c) Claims Secured by Real Property - Debtor Intends to Seek Mortgage Modification.** Pending the resolution of a mortgage modification request, the Plan Payments shall include the following adequate protection payments to the Trustee: (1) for *homestead* property, the lesser of 31% of gross monthly income of Debtor and non-filing spouse, if any (after deducting homeowner's association fees), or the normal monthly contractual mortgage payment; or (2) for *non-homestead*, income-producing property, 75% of the gross rental income generated from the property. If Debtor obtains a modification of the mortgage, the modified payments shall be included in the Plan Payments. Debtor will not receive a discharge of personal liability on these claims.

| Last Four Digits of Acct. No. | Creditor | Collateral Address | Adequate Protection Payment |
|---|---|---|---|

**(d)   Claims Secured by Real Property or Personal Property to Which 11 U.S.C. § 506 Valuation APPLIES (Strip Down).** Under 11 U.S.C. § 1322(b)(2), this provision does not apply to a claim secured solely by Debtor's principal residence. **A separate motion to determine secured status or to value the collateral must be filed.** Payment on the secured portion of the claim, estimated below, is included in the Plan Payments. Unless otherwise stated in Section E, the Plan Payments do not include payments for escrowed property taxes or insurance.

| Last Four Digits of Acct. No. | Creditor | Collateral Description/ Address | Claim Amount | Value | Payment Through Plan | Interest Rate |
|---|---|---|---|---|---|---|
|   |   |   |   |   |   |   |

**(e)   Liens to be Avoided Under 11 U.S.C. § 522 or Stripped Off Under 11 U.S.C. § 506.** Debtor must file a separate motion under 11 U.S.C. § 522 to avoid a judicial lien or a nonpossessory, nonpurchase money security interest because it impairs an exemption or under 11 U.S.C. § 506 to determine secured status and to strip a lien.

| Last Four Digits of Acct. No. | Creditor | Collateral Description / Address |
|---|---|---|

**(f)   Payments on Claims Secured by Real Property and/or Personal Property to Which 11 U.S.C. § 506 Valuation DOES NOT APPLY Under the Final Paragraph in 11 U.S.C. § 1325(a).** The claims listed below were either: (1) incurred within 910 days before the petition date and secured by a purchase money security interest in a motor vehicle acquired for Debtor's personal use; or (2) incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value. These claims will be paid in full under the Plan with interest at the rate stated below.

| Last Four Digits of Acct. No. | Creditor | Collateral Description/ Address | Claim Amount | Payment Through Plan | Interest Rate |
|---|---|---|---|---|---|

**(g)   Claims Secured by Real or Personal Property to be Paid with Interest Through the Plan Under 11 U.S.C. § 1322(b)(2).** The following secured claims will be paid in full under the Plan with interest at the rate stated below.

| Last Four Digits of Acct. No. | Creditor | Collateral Description/ Address | Claim Amount | Payment Through Plan | Interest Rate |
|---|---|---|---|---|---|
| 9012 | Seacoast Bank | 643 W Duval Street Lake City, FL 32055 | $6,166.00 | $125.02 | 8.0% |
| 5804 | Ally Financial | 2020 Mercedes VIN***6611 | $105,007.74 | $2,257.03 | 10.5% |
| 5077 | Citizens One Auto Finance | 2018 Ford Vin***5013 | $13,829.29 | $264.16 | 5.5% |

**(h)     Claims Secured by Personal Property – Maintaining Regular Payments and Curing Arrearages, if any, Under 11 U.S.C. § 1325(b)(5).** Under 11 U.S.C. § 1328(a)(1), unless the principal amount of the claim is paid in full through the Plan, Debtor will not receive a discharge of personal liability on these claims.

| Last Four Digits of Acct. No. | Creditor | Collateral Description | Regular Contractual Payment | Arrearage |
|---|---|---|---|---|
| | | | | |

**(i)     Secured Claims Paid Directly by Debtor.** The following secured claims are being made via automatic debit/draft from Debtor's depository account and will continue to be paid directly to the creditor or lessor by Debtor outside the Plan via automatic debit/draft. The automatic stay under 11 U.S.C. §§ 362(a) and 1301(a) is terminated *in rem* as to Debtor and *in rem* and *in personam* as to any codebtor as to these creditors and lessors upon the filing of this Plan. Nothing herein is intended to terminate or abrogate Debtor's state law contract rights. Because these secured claims are not provided for under the Plan, under 11 U.S.C § 1328(a), Debtor will not receive a discharge of personal liability on these claims.

| Last Four Digits of Acct. No. | Creditor | Property/Collateral |
|---|---|---|
| | | |

**(j)     Surrender of Collateral/Property that Secures a Claim.** Debtor will surrender the following collateral/property. The automatic stay under 11 U.S.C. §§ 362(a) and 1301(a) is terminated *in rem* as to Debtor and *in rem* and *in personam* as to any codebtor as to these creditors upon the filing of this Plan.

| Last Four Digits of Acct. No. | Creditor | Collateral/Property Description/Address |
|---|---|---|
| 0002 | Alliant Credit Union | 2018 Tiffin Allegro Bus VIN***8226 |

**(k)** **Secured Claims that Debtor Does Not Intend to Pay.** Debtor does not intend to make payments to the following secured creditors. The automatic stay under 11 U.S.C. §§ 362(a) and 1301(a) is terminated *in rem* as to Debtor and *in rem* and *in personam* as to any codebtor with respect to these creditors upon the filing of this Plan. Debtor's state law contract rights and defenses are neither terminated nor abrogated. Because these secured claims are not provided for under the Plan, under 11 U.S.C § 1328(a), Debtor will not receive a discharge of personal liability on these claims.

| Last Four Digits of Acct. No. | Creditor | Collateral Description/Address |
|---|---|---|
| | | |

**6. LEASES / EXECUTORY CONTRACTS.** As and for adequate protection, the Trustee shall disburse payments to creditors under leases or executory contracts prior to confirmation, as soon as practicable, if the Plan provides for payment to creditor/lessor, the creditor/lessor has filed a proof of claim or Debtor or Trustee has filed a proof of claim for the secured creditor/lessor under § 501(c), and no objection to the claim is pending. If Debtor's payments under the Plan are timely paid, payments to creditors/lessors under the Plan shall be deemed contractually paid on time.

**(a)** **Assumption of Leases/Executory Contracts for Real or Personal Property to be Paid and Arrearages Cured Through the Plan Under 11 U.S.C. § 1325(b)(5).** Debtor assumes the following leases/executory contracts and proposes the prompt cure of any prepetition arrearage as follows. Under 11 U.S.C. § 1328(a)(1), if the claim of the lessor/creditor is not paid in full through the Plan, Debtor will not receive a discharge of personal liability on these claims.

| Last Four Digits of Acct. No. | Creditor/Lessor | Description of Leased Property | Regular Contractual Payment | Arrearage and Proposed Cure |
|---|---|---|---|---|
| | | | | |

**(b)** **Assumption of Leases/Executory Contracts for Real or Personal Property to be Paid Directly by Debtor.** Debtor assumes the following lease/executory contract claims that are paid via automatic debit/draft from Debtor's depository account and are to continue to be paid directly to the creditor or lessor by Debtor outside the Plan via automatic debit/draft. The automatic stay under 11 U.S.C. §§ 362(a) and 1301(a) is terminated *in rem* as to Debtor and *in rem* and *in personam* as to any codebtor as to these creditors and lessors upon the filing of this Plan. Nothing herein is intended to terminate or abrogate Debtor's state law contract rights. Because these leases/executory contracts are not provided for under the Plan, under 11 U.S.C § 1328(a), Debtor will not receive a discharge of personal liability on these claims.

| Last Four Digits of Acct. No. | Creditor/Lessor | Property/Collateral |
|---|---|---|
| | | |

**(c) Rejection of Leases/Executory Contracts and Surrender of Real or Personal Leased Property.** Debtor rejects the following leases/executory contracts and will surrender the following leased real or personal property. The automatic stay under 11 U.S.C. §§ 362(a) and 1301(a) is terminated *in rem* as to Debtor and *in rem* and *in personam* as to any codebtor as to these creditors and lessors upon the filing of this Plan.

| Last Four Digits of Acct. No. | Creditor/Lessor | Property/Collateral to be Surrendered |
|---|---|---|
| | | |

**7. GENERAL UNSECURED CREDITORS.** General unsecured creditors with allowed claims shall receive a *pro rata* share of the balance of any funds remaining after payments to the above referenced creditors or shall otherwise be paid under a subsequent Order Confirming Plan. The estimated dividend to unsecured creditors shall be no less than $.01.

**D. GENERAL PLAN PROVISIONS:**

1. Secured creditors, whether or not dealt with under the Plan, shall retain the liens securing such claims.

2. Payments made to any creditor shall be based upon the amount set forth in the creditor's proof of claim or other amount as allowed by an Order of the Bankruptcy Court.

3. If Debtor fails to check (a) or (b) below, or if Debtor checks both (a) and (b), property of the estate shall not vest in Debtor until the earlier of Debtor's discharge or dismissal of this case, unless the Court orders otherwise. Property of the estate

    (a) _____ shall not vest in Debtor until the earlier of Debtor's discharge or dismissal of this case, unless the Court orders otherwise, or

    (b) ___X___ shall vest in Debtor upon confirmation of the Plan.

4. The amounts listed for claims in this Plan are based upon Debtor's best estimate and belief and/or the proofs of claim as filed and allowed. Unless otherwise ordered by the Court, the Trustee shall only pay creditors with filed and allowed proofs of claim. An allowed proof of claim will control, unless the Court orders otherwise.

5. Debtor may attach a summary or spreadsheet to provide an estimate of anticipated distributions. The actual distributions may vary. If the summary or spreadsheet conflicts with this Plan, the provisions of the Plan control prior to confirmation, after which time the Order Confirming Plan shall control.

6. Debtor shall timely file all tax returns and make all tax payments and deposits when due. (However, if Debtor is not required to file tax returns, Debtor shall provide the Trustee with a statement to that effect.) For each tax return that becomes due after the case is filed, Debtor shall provide a complete copy of the tax return, including business returns if Debtor owns a business, together with all related W-2s and Form 1099s, to the Trustee within 14 days of filing the return. Unless otherwise ordered, consented to by the Trustee, or ordered by the Court, Debtor shall turn over to the Trustee all tax refunds in addition to regular Plan payments. Debtor shall not instruct the Internal Revenue Service or other taxing agency to apply a refund to the following year's tax liability. **Debtor shall not spend any tax refund without first having obtained the Trustee's consent or Court approval.**

E. **NONSTANDARD PROVISIONS as Defined in Federal Rule of Bankruptcy Procedure 3015(c).** Note: Any nonstandard provisions of this Plan other than those set out in this section are deemed void and are stricken.

      **NA**

## CERTIFICATION

By filing this document, the Attorney for Debtor, or Debtor, if not represented by an attorney, certifies that the wording and order of the provisions in this Chapter 13 Plan are identical to those contained in the Model Plan adopted by this Court, and that this Plan contains no additional or deleted wording or nonstandard provisions other than any nonstandard provisions included in Section E.

**SIGNATURE(S):**

*/S/John W. Wooolum*                            Date: June 19, 2024
    **Debtor**

*/S/Amy N. Wooolum*                            Date: June 19, 2024
    **Debtor**

Date: June 19, 2024                THE CHAUNCEY LAW FIRM, P. A.
                                      BY      */s/ Anthony W. Chauncey*
                                        Anthony W. Chauncey, Esquire
                                        Florida Bar No. 75023
                                        320 White Avenue - Street Address
                                        Post Office Box 548 - Mailing Address
                                        Live Oak, Florida 32064
                                        Telephone:       (386) 364-4445
                                        Email: awc@chaunceylaw.com

## CERTIFICATE OF SERVICE

**I CERTIFY** that a true and correct copy of the First Amended Chapter 13 Plan was furnished by United States Mail, postage prepaid and first class, and/or through the Court's ECF Electronic Notification System to all parties identified on the attached mailing matrix this 19th day of June 2024.

THE CHAUNCEY LAW FIRM, P. A.

BY       */s/ Anthony W. Chauncey*
Anthony W. Chauncey, Esquire
Florida Bar No. 75023
320 White Avenue - Street Address
Post Office Box 548 - Mailing Address
Live Oak, Florida 32064
Telephone:        (386) 364-4445
Telecopier:       (386) 364-4508
Email: awc@chaunceylaw.com
Attorneys for Debtors

```
Label Matrix for local noticing          Ally Bank, c/o AIS Portfolio Services, LLC   Ally Financial, c/o AIS Portfolio Services,
113A-3                                   4515 N Santa Fe Ave. Dept. APS               4515 N Santa Fe Ave. Dept. APS
Case 3:24-bk-01462-BAJ                   Oklahoma City, OK 73118-7901                 Oklahoma City, OK 73118-7901
Middle District of Florida
Jacksonville
Wed Jun 19 10:26:51 EDT 2024

AmeriSave Mortgage Corporation           Amy N Woolum                                 John W Woolum
Aldridge Pite, LLP                       643 West Duval Street                        643 West Duval Street
Six Piedmont Center                      Lake City, FL 32055-5802                     Lake City, FL 32055-5802
3525 Piedmont Road, N.E., Suite 700
Atlanta, GA 30305-1608


(p)ALLIANT CREDIT UNION                  Alliant Credit Union                         Alliant Credit Union
BANKRUPTCY DEPARTMENT                    Attn: Bankruptcy                             Attn: Bankruptcy
11545 W TOUHY AVE                        11545 E Touhy Ave                            Post Office Box 2387
CHICAGO IL 60666-5000                    Chicago, IL 60666                            Des Plaines, IL 60017-2387


Ally Financial Department                Ally Financial, Inc                          American Express Travel Related Services
AIS Portfolio Services, LLC              Attn: Bankruptcy                             Attn: Bankruptcy
4515 N Santa Fe Ave. Dept. APS           500 Woodard Ave                              Po Box 981537
Oklahoma City, OK 73118-7901             Detroit, MI 48226-3416                       El Paso, TX 79998-1537


Amex                                     Amur Equip. Finance, Inc.                   Andres Montero, Esquire
Correspondence/Bankruptcy                Attn: Bankruptcy                             RAS LaVrar, LLC
Po Box 981540                            Post Office Box 2555                        1133 S. University Drive
El Paso, TX 79998-1540                   Grand Island, NE 68802-2555                 2nd Floor
                                                                                      Fort Lauderdale, FL 33324-3303


Ashley Funding Services, LLC -           Bill Me Later, Inc. -                        Brother International Corp. -
Resurgent Capital Services               PO Box 208703                                Attn: Bankruptcy
PO Box 10587                             Dallas, TX 75320-8703                        200 Crossing Blvd.
Greenville, SC 29603-0587                                                             Bridgewater, NJ 08807-2861


CFG Merchant Solutions, LLC              Capital One                                  Capital One N.A. -
180 Maiden Lane                          AttnL: Bankruptcy                            by AIS InfoSource LP as agent
Floor 15                                 Po Box 30285                                 PO Box 71083
New York, NY 10038-5150                  Salt Lake City, UT 84130-0285                Charlotte, NC  28272-1083


Cavalry Portfolio Services               Cavalry SPV I, LLC -                         (p)JPMORGAN CHASE BANK  N A
Attn: Bankruptcy                         PO Box 4252                                  BANKRUPTCY MAIL INTAKE TEAM
1 American Lane, Ste 220                 Greenwich, CT 06831-0405                     700 KANSAS LANE FLOOR 01
Greenwich, CT 06831-2563                                                              MONROE LA 71203-4774


Citibank                                 (p)CITIBANK                                  Citibank/Best Buy
Attn: Bankruptcy                         PO BOX 790034                                Centralized Bankruptcy
Po Box 790040                            ST LOUIS MO 63179-0034                       Po Box 790040
St Louis, MO 63179-0040                                                               St Louis, MO 63179-0040


Citibank/Shell                           Citibank/The Home Depot                      Citibank/Wayfair
Centralized Bankruptcy                   Citicorp Credit Srvs                         Centralized Bankruptcy
Po Box 790040                            Po Box 790040                                Po Box 790040
St Louis, MO 63179-0040                  Saint Louis, MO 63179-0040                   St Louis, MO 63179-0040
```

| | | |
|---|---|---|
| Citicorp/Trac<br>Attn: Bankruptcy<br>Po Box 790040<br>St Louis, MO 63179-0040 | (p)CITIZENS BANK N A<br>ATTN BANKRUPTCY TEAM<br>ONE CITIZENS BANK WAY<br>JCA115<br>JOHNSTON RI 02919-1922 | Columbia County Tax Collector's Office<br>135 NE Hernando Avenue<br>Suite 125<br>Lake City FL 32055-4004 |
| Columbia Glass Tint, Inc.<br>643 West Duval Street<br>Lake City, FL 32055-5802 | Comenity Bank/Kay Jewelers<br>Attn: Bankruptcy<br>Po Box 182125<br>Columbus, OH 43218-2125 | Comenity Bank/Sony<br>Attn: Bankruptcy<br>Po Box 182125<br>Columbus, OH 43218-2125 |
| Comenity Bank/Victoria Secret<br>Attn: Bankruptcy<br>Po Box 182125<br>Columbus, OH 43218-2125 | Comenity Bank/vctrssec<br>Po Box 182125<br>Columbus, OH 43218-2125 | Comenity Capital/Sephora<br>Attn: Bankruptcy<br>Po Box 182125<br>Columbus, OH 43218-2125 |
| Discover Bank -<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | Discover Financial<br>Attn: Bankruptcy<br>Po Box 3025<br>New Albany, OH 43054-3025 | Discover Personal Loans<br>Attn: Bankruptcy<br>Po Box 30954<br>Salt Lake City, UT 84130-0954 |
| (p)DOVENMUEHLE MORTGAGE<br>1 CORPORATE DRIVE SUITE 360<br>LAKE ZURICH IL 60047-8945 | Drummond Community Bank<br>Attn: Bankruptcy<br>Post Office Box 4512<br>Carol Stream, IL 60197-4512 | FEDEX<br>Attn: Bankruptcy<br>Post Office Box 10306<br>Palatine, IL 60055-0306 |
| (p)FIRST NATIONAL BANK OF OMAHA<br>1620 DODGE ST<br>STOP CODE 3113<br>OMAHA NE 68102-1593 | Florida Dept. of Revenue<br>Bankruptcy Unit<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 | Florida UCC Statement Servic<br>503 East Jackson Street<br>#510<br>Tampa, FL 33602-4904 |
| Gm Financial<br>Attn: Bankruptcy<br>Po Box 183853<br>Arlington, TX 76096-3853 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Jason T. Chapman, Esquire<br>Aldridge Pite Haan, LLP<br>5300 West Atlantic Avenue<br>Suite 303<br>Delray Beach, FL 33484-8141 |
| John Bacus Dejesus, Esquire<br>Portfolio Recovery Associate<br>120 Corporate Blvd.<br>Norfolk, VA 23502-4952 | Jonathan Tekell, Esquire<br>Zwicker & Associates, P.C.<br>10751 Deerwood Park Blvd.<br>Suite 100<br>Jacksonville, FL 32256-4835 | LVNV Funding, LLC -<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| Lvnv Funding/Resurgent Capital<br>Attn: Bankruptcy<br>Po Box 10497<br>Greenville, SC 29603-0497 | Michael Enroughty, Esquire<br>4500 East West Highway<br>6th Floor<br>Bethesda, MD 20814-3327 | Midland Credit Management<br>PO Box 939069<br>San Diego, CA 92193-9069 |
| Midland Credit Mgmt<br>Attn: Bankruptcy<br>Po Box 939069<br>San Diego, CA 92193-9069 | Midland Credit management<br>2365 Northside Drive<br>Suite 300<br>San Diego, CA 92108-2710 | Pablo J. Escobedo, Esquire<br>Rausch Sturm, LLP<br>100 Second Avenue South<br>Suite 306S<br>Saint Petersburg, FL 33701-6307 |

```
(p)PAYPAL                           (p)PORTFOLIO RECOVERY ASSOCIATES LLC    Rapid Finance
3505 SILVERSIDE RD                  PO BOX 41067                            4500 East West Highway
STE 200                             NORFOLK VA 23541-1067                   6th Floor
WILMINGTON DE 19810-4905                                                    Bethesda, MD 20814-3327


SBA                                 Seacoast Bank                           Square Financial Services
Attn: Bankruptcy                    Attn: Bankruptcy                        Attn: Bankruptcy
Post Office Box 3918                Post Office Box 9012                    4 Chase Metrotech Center
Portland, OR 97208-3918             Stuart, FL 34995-9012                   7th Floor East
                                                                            Brooklyn, NY 11245-0003


Syncb/Generac Consumer              Syncb/belk Dual Card                    Syncb/walmart Dc
Attn: Bankruptcy                    Attn: Bankruptcy                        Attn: Bankruptcy
Po Box 965064                       P.O. Box 965060                         Post Office Box 965060
Orlando, FL 32896-5064              Orlando, FL 32896-5060                  Orlando, FL 32896-5060


Synchrony Bank                      Synchrony Bank/ Amazon                  Synchrony Bank/HHGregg
Attn: Bankruptcy                    Attn: Bankruptcy                        Attn: Bankruptcy
Po Box 965060                       Po Box 103104                           Po Box 965060
Orlando, FL 32896-5060              Roswell, GA 30076-9104                  Orlando, FL 32896-5060


Synchrony Bank/JCPenney             Synchrony Bank/Lowes                    Synchrony Bank/Mastercard
Attn: Bankruptcy                    Attn: Bankruptcy                        Attn: Bankruptcy
Po Box 965060                       Po Box 965060                           Post Office Box 965004
Orlando, FL 32896-5060              Orlando, FL 32896-5060                  Orlando, FL 32896-5004


Synchrony Bank/PayPal               Synchrony Bank/PayPal                   Synchrony Bank/Rooms to Go
Attn: Bankruptcy                    Post Office Box 965060                  Attn: Bankruptcy
Post Office Box 965060              Orlando, FL 32896-5060                  Post Office Box 960061
Orlando, FL 32896-5060                                                      Orlando, FL 32896-0061


Synchrony Bank/Rooms to Go          Synchrony Bank/Sams                     Synchrony/Ashley Furniture Homestore
Post Office Box 965060              PO Box 965060                           Attn: Bankruptcy
Orlando, FL 32896-5060              Orlando, FL 32896-5060                  Po Box 965060
                                                                            Orlando, FL 32896-5060


TCM Bank                            Target NB                               The Bureaus Inc
Attn: Bankruptcy                    C/O Financial & Retail Services         Attn: Bankruptcy
3501 E Frontage Rd Ste. 200         Mailstop BT PO Box 9475                 650 Dundee Rd, Ste 370
Tampa, FL 33607-1700                Minneapolis, MN 55440-9475              Northbrook, IL 60062-2757


Thomas L Avrutis                    Thomas L. Avrutis, Esq.                 U.S. Bankcorp
Hodges, Avrutis & Foeller           Hodges, Avrutis & Foeller               Attn: Bankruptcy
P.O. Box 4137                       Post Office Box 4137                    800 Nicollet Mall
Sarasota, FL 34230-4137             Sarasota, FL 34230-4137                 Minneapolis, MN 55402-7000


US Bank/RMS                         United States Attorney                  (p)US BANK
Attn: Bankruptcy                    300 North Hogan St Suite 700            PO BOX 5229
Po Box 5229                         Jacksonville, FL 32202-4204             CINCINNATI OH 45201-5229
Cincinnati, OH 45201-5229
```

| | | |
|---|---|---|
| (p)VYSTAR CREDIT UNION<br>PO BOX 45085<br>JACKSONVILLE FL 32232-5085 | W.S. Badcock Corporation<br>Attn: Bankruptcy<br>200 Nw Phosphate Blvd<br>Mulberry, FL 33860-2328 | Wells Fargo/Dillards<br>Attn: Bankruptcy<br>1 Home Campus Mac X2303-01a<br>Des Moines, IA 50328-0001 |
| Zachary Ullman, Esquire<br>Aldridge Pite, LLP<br>5300 West Atlantic Avenue<br>Suite 303<br>Delray Beach, FL 33484-8141 | United States Trustee - JAX 13/7 7 +<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 | Douglas W Neway +<br>Post Office Box 4308<br>Jacksonville, FL 32201-4308 |
| Anthony W. Chauncey +<br>The Chauncey Law Firm, PA<br>Post Office Box 548<br>Live Oak, FL 32064-0548 | Jennifer Laufgas +<br>Aldridge Pite, LLP<br>Six Piedmont Center<br>3525 Piedmont Road, N.E.<br>Ste 700<br>Atlanta, GA 30305-1608 | Jason A. Burgess +<br>Jacksonville<br>300 North Hogan Street<br>Room 4-213<br>Jacksonville, FL 32202-4204 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Alliant Credit Union<br>125 E Algonquin Rd<br>Arlington Heights, IL 60005 | Chase Card Services<br>Attn: Bankruptcy<br>P.O. 15298<br>Wilmington, DE 19850 | Citibank<br>Attn: Bankruptcy<br>Post Office Box 78009<br>Phoenix, AZ 85062-8009 |
| Citizens Bank<br>Attention: Bankruptcy<br>1 Citizens Plaza<br>Providence, RI 02903 | (d)Citizens Bank N.A. -<br>1 Citizens Bank Way Mailstop JCA115<br>Johnston, RI 02919 | (d)Citizens One Auto Finance<br>Attn: Bankruptcy<br>Post Office Box 42113<br>Providence, RI 02940-2113 |
| Dovenmuehle Mortgage, Inc.<br>Attn: Bankruptcy<br>1 Corporate Dr. St 360<br>Lake Zurich, IL 60047 | First National Bank of Omaha<br>PO Box 2557<br>Omaha, NE 68103-2557 | PayPal Business<br>Attn: Bankrutpcy<br>3505 Silverside Road<br>Wilmington, DE 19810 |
| Portfolio Recovery Associates, LLC<br>Attn: Bankruptcy<br>120 Corporate Boulevard<br>Norfolk, VA 23502 | Us Bank<br>Attn: Bankruptcy<br>P.O. Box 5229<br>Cincinnati, OH 45201 | VyStar Credit Union -<br>Attn: Bankruptcy<br>Po Box 45085<br>Jacksonville, FL 32232 |
| (d)Vystar Credit Union<br>Attn: Bankruptcy<br>Po Box 45085<br>Jacksonville, FL 32232 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Ally Bank c/o AIS Portfolio Services, LLC
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

(d)Comenity Bank/Sony
Attn: Bankruptcy
Post Office Box 182125
Columbus, OH 43218-2125

(u)Note: Entries with a '+' at the end of the
name have an email address on file in CMECF
------------------------------------------
Note: Entries with a '-' at the end of the
name have filed a claim in this case

**End of Label Matrix**
Mailable recipients      98
Bypassed recipients       3
Total                   101